**No. 11-5168. George Fernandez, Petitioner v. United States.**

565 U.S. 893, 132 S. Ct. 277, 181 L. Ed. 2d 165, 2011 U.S. LEXIS 5660.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 657 F.3d 811.

**No. 11-5169. Mona Germain, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 893, 132 S. Ct. 277, 181 L. Ed. 2d 165, 2011 U.S. LEXIS 5644.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 402 Fed. Appx. 744.

**No. 11-5170. David Hall, Petitioner v. United States.**

565 U.S. 893, 132 S. Ct. 277, 181 L. Ed. 2d 165, 2011 U.S. LEXIS 5647.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-5172. Dale Ilgen, Petitioner v. United States.**

565 U.S. 893, 132 S. Ct. 277, 181 L. Ed. 2d 165, 2011 U.S. LEXIS 5432.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 417 Fed. Appx. 728.

**No. 11-5173. Marvin Jerome Fasthorse, Petitioner v. United States.**

565 U.S. 893, 132 S. Ct. 278, 181 L. Ed. 2d 165, 2011 U.S. LEXIS 5622.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 639 F.3d 1182.

**No. 11-5176. Wesley T. Frasher, Petitioner v. United States.**

565 U.S. 893, 132 S. Ct. 278, 181 L. Ed. 2d 165, 2011 U.S. LEXIS 5525.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 632 F.3d 450.

**No. 11-5177. Robert M. Hendricks, et ux., Petitioners v. Robert Stepp, et al.**

565 U.S. 893, 132 S. Ct. 278, 181 L. Ed. 2d 165, 2011 U.S. LEXIS 5503,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 738.

**No. 11-5178. Annette Fluker, Petitioner v. United Kingdom, et al.**

565 U.S. 893, 132 S. Ct. 278, 181 L. Ed. 2d 165, 2011 U.S. LEXIS 5509.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.